# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

**David E. Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

October 7, 2021

*Approved. SO ORDERED.*
*Robert Levy*
*10/7/21*

**By ECF and Email**
The Honorable Robert M. Levy
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

              Re:      United States v. Eric Goldstein
                         21-MJ-1102

Dear Judge Levy:

      On September 29, 2021, Mr. Goldstein was released on a bond that restricts his travel to New York state. I write to request that his permitted travel area be expanded to include New Jersey, where his son attends high school. I also request that he be permitted to travel to Florida, where his parents reside, with advance permission from Pretrial Services.

      Pretrial Services and the government consent to the requested modifications of the bond.

      I thank the Court for its consideration.

                                                Respectfully Submitted,

                                                 /s/
                                              Kannan Sundaram
                                             Assistant Federal Defender
                                             (718) 330-1203

      cc: Robert Polemeni
           Assistant U.S. Attorney

           Kadian K. Hammond
           U.S. Pretrial Services